UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:14-cr-0096-SEB-TAB |
| | ) | |
| JESSICA R. PARSONS, | ) | - 11 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On November 13, 2020, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 4, 2020.  Defendant Parsons appeared in person with her appointed counsel Dominic Martin.  The government appeared by Brad Blackington, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Ross Carothers.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Parsons of her rights and provided her with a copy of the petition.  Defendant Parsons orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Parsons admitted violation numbers 1, and 4.  [Docket No. 1179.]  Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from any unlawful use of a controlled substance."** |

On September 26, 2019, the offender submitted a urine sample to the Bartholomew Co. Probation Office which was positive for amphetamines. She admitted using methamphetamine.

On October 1, 2019, the offender submitted a urine sample to the U.S. Probation Office which was positive for amphetamines. At the time of collection, she admitted using methamphetamine two days earlier.

On December 29, 2019, the offender submitted a urine sample which was positive for amphetamines. At the time of collection, she admitted using methamphetamine on December 25, 2019.

On January 30, 2020, the offender submitted a urine sample which was positive for amphetamines. At the time of collection, she admitted using methamphetamine four days earlier.

| | |
|---|---|
| 4 | **"The defendant shall not commit another federal, state or local crime."** |

On January 30, 2020, probation officers were assisted by the Jennings County Sheriff's Department in searching the offender, her vehicle and her apartment. Located inside a pink bag inside her waistband were 4 syringes, one of which was loaded with a clear liquid that field tested positive for methamphetamine, a glass pipe and cellophane wrapper with cotton. Inside Ms. Parson's purse was a mostly full bottle of Jim Beam whiskey. A mostly empty bottle of Dark Eyes vodka and Quick Fix synthetic urine were found in her kitchen. The offender was asked if she had any other drugs or paraphernalia on her person which she denied. The offender was arrested and transported to the Jennings County Jail. During a strip search, jail staff found suspected methamphetamine hidden in her buttocks.

On January 31, 2020, the following formal charges were filed in the Jennings County Circuit Court under 40C01-2001-F6-000048: Possession of Methamphetamine (Level 6 Felony), Unlawful Possession of a Syringe (Level 6 Felony), Possession of Paraphernalia with a Prior Conviction (Class A Misdemeanor), and Possession of a Substance Used to Interfere with a Drug Screen (Class B Misdemeanor).

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of ten (10) months with no supervised release to follow. Defendant requested placement at FPC Alderson.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of ten (10) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge will make a recommendation of placement at FPC Alderson.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 11/16/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system